IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANCE LARKIN and KAREN JACOBS, Individually and Representatives of All Persons Similarly Situated, | § § § § | |
| Plaintiffs, | § § | No. _____ |
| vs. | § § | JURY DEMANDED |
| UNITED SERVICES AUTOMOBILE ASSOCIATION and AUTO INJURY SOLUTIONS, INC., | § § § § | |
| Defendants. | § | |

**EXHIBIT 1**
**TO DEFENDANTS' NOTICE OF REMOVAL:**

**ALL EXECUTED PROCESS IN THE CASE**

In compliance with 28 U.S.C § 1446(a) and Local Rule 81, the Defendants submit the following executed process in the case in support of their Notice of Removal in the above-referenced action:

- Citation served on Defendant United Services Automobile Association on December 1, 2016; and

- Citation served on Defendant Auto Injury Solutions on November 30, 2016.

Dated: December 27, 2016    Respectfully submitted,

By:   */s/ Christopher W. Martin*
      Christopher W. Martin, Attorney-in-Charge
      Southern District Bar No. 13515
      State Bar No. 13057620

        P. Wayne Pickering
        Southern District Bar No. 12693
        State Bar No. 15975030

        Martin, Disiere, Jefferson & Wisdom, L.L.P.
        Niels Esperson Building
        808 Travis Street, 20th Floor
        Houston, Texas 77002
        (713) 632-1700 (Telephone)
        (713) 222-0101 (Facsimile)

        **Attorneys for Defendant**
        **United Services Automobile Association**


By:   */s/ Richard G. Foster*
        Richard G. Foster, Attorney-in-Charge
        Southern District Bar No. 5907
        State Bar No. 07295100

        Raj S. Aujla
        Southern District Bar No. 1215554
        State Bar No. 24064846

        Porter, Rogers, Dahlman & Gordon, P.C.
        Trinity Plaza II
        745 E. Mulberry, Suite 450
        San Antonio, Texas 78212
        (210) 736-3900 (Telephone)
        (210) 736-1992 (Facsimile)

        **Attorneys for Defendant**
        **Auto Injury Solutions**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded via electronic service through the Court's CM/ECF and/or facsimile or certified mail, return receipt requested, on this the 27th day of December, 2016, to the following counsel of record:

>Brad T. Wyly
>Wyly & Cook, LLP
>4101 Washington Ave.
>Houston, Texas 77007
>
>Joshua P. Davis
>Davis Law Group
>1010 Lamar, Suite 200
>Houston, Texas 77002

>>/s/ *P. Wayne Pickering*
>>P. Wayne Pickering

 CT Corporation

**Service of Process Transmittal**
12/01/2016
CT Log Number 530269004

| | |
|---|---|
| **TO:** | Enterprise Litigation<br>United Services Automobile Association<br>9800 Fredericksburg Rd # E-3-E<br>San Antonio, TX 78288-0002 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | UNITED SERVICES AUTOMOBILE ASSOCIATION  (Domestic State: TX) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lance Larkin, et al., Individually and as Representatives of All Persons Similarly Situated, Pltfs. vs. UNITED SERVICES AUTOMOBILE ASSOCIATION and AUTO INJURY SOLUTIONS, INC., Dfts. |
| **DOCUMENT(S) SERVED:** | Citation(s), Petition, Exhibit(s) |
| **COURT/AGENCY:** | 189th Judicial District Court, Harris County, TX<br>Case # 201677484 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 12/01/2016 postmarked on 11/28/2016 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | BY 10:00 a.m. on the Monday next following the expiration of 20 days after you were served |
| **ATTORNEY(S) / SENDER(S):** | Brad T. Wyly<br>WYLY & COOK, PLLC<br>4101 Washington Ave.<br>Houston, TX 77007<br>713-236-8330 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/01/2016, Expected Purge Date: 12/06/2016<br><br>Image SOP<br><br>Email Notification,  Enterprise Litigation  Linda.Allen@usaa.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **TELEPHONE:** | 214-932-3601 |

Page 1 of  1 / HK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

TexSTAR Process Services, LLC
5400 Katy Freeway Suite 100
Houston, TX 77007
281-813-2221



UNITED SERVICES AUTOMOBILE ASSOCIATION
c/o C.T. Corporation System
350 N St. Paul Street Suite 2900
Dallas, Texas 75201-3126

CAUSE NO.  201677484

| | |
|---|---|
| RECEIPT NO. *********  | 0.00           ATY<br>TR # 73311514 |
| PLAINTIFF: LARKIN, LANCE (INDIVIDUALLY AND AS REPRESENTATIVE OF ALL PERSON<br>vs.<br>DEFENDANT: UNITED SERVICES AUTOMOBILE ASSOCIATION | In The    189th<br>Judicial District Court<br>of Harris County, Texas<br>189TH DISTRICT COURT<br>Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

TO: UNITED SERVICES AUTOMOBILE ASSOCIATION BY SERVING CT CORPORATION
    SYSTEM
    350  N ST PAUL STREET STE 2900   DALLAS  TX  75201
       Attached is a copy of **PLAINTIFF'S ORIGINAL PETITION AND PUTATIVE CLASS ACTION PETITION AND REQUEST FOR DISCLOSURE**

This instrument was filed on the **8th day of November, 2016**, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 15th day of November, 2016, under my hand and seal of said Court.



Issued at request of:
WYLY, BRAD THOMAS
4101  WASHINGTON AVENUE 2ND
FLOOR
HOUSTON, TX  77007
Tel: (713) 236-8330
Bar No.:  24042198

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: KEYS, CHARLIE  CMA//10533984

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                                  _____
                                                  _____ of _____County, Texas

_____       By _____
         Affiant                               Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                  _____
                                                  Notary Public

N.INT.CITR.P                         *73311514*

CAUSE NO. 201677484

| | | |
|---|---|---|
| | RECEIPT NO. | 0.00   ATY |
| | ********** | TR # 73311514 |

| | |
|---|---|
| PLAINTIFF: LARKIN, LANCE (INDIVIDUALLY AND AS REPRESENTATIVE OF ALL PERSON<br>vs.<br>DEFENDANT: UNITED SERVICES AUTOMOBILE ASSOCIATION | In The    189th<br>Judicial District Court<br>of Harris County, Texas<br>189TH DISTRICT COURT<br>Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

TO: UNITED SERVICES AUTOMOBILE ASSOCIATION BY SERVING CT CORPORATION
    SYSTEM
    350 N ST PAUL STREET STE 2900   DALLAS TX 75201
    Attached is a copy of **PLAINTIFF'S ORIGINAL PETITION AND PUTATIVE CLASS ACTION PETITION AND REQUEST FOR DISCLOSURE**

This instrument was filed on the **8th day of November, 2016**, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 15th day of November, 2016, under my hand and seal of said Court.

Issued at request of:
WYLY, BRAD THOMAS
4101 WASHINGTON AVENUE 2ND
FLOOR
HOUSTON, TX 77007
Tel: (713) 236-8330
Bar No.: 24042198

*Chris Daniel*
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: KEYS, CHARLIE   CMA//10533984

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ___.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____                                   _____

                                                _____ of _____County, Texas

                                        By _____
         Affiant                                          Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                _____
                                                            Notary Public

N.INT.CITR.P                          *73311514*



# Notice of Service of Process

null / ALL
Transmittal Number: 15931398
Date Processed: 11/30/2016

| | |
|---|---|
| **Primary Contact:** | David D. Merritt<br>CCC Information Services Inc.<br>222 Merchandise Mart<br>Suite 900 World Trade Center<br>Chicago, IL 60654 |
| **Electronic copy provided to:** | Robert Levels<br>Matthew Elges<br>Jennifer Yengoyan<br>Nicolle Martin<br>Gary Ulmer |
| **Entity:** | Auto Injury Solutions, Inc.<br>Entity ID Number  2722132 |
| **Entity Served:** | Auto Injury Solutions |
| **Title of Action:** | Lance Larkin vs. United Services Automobile Association |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Harris County District Court, Texas |
| **Case/Reference No:** | 2016-77484 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 11/30/2016 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Brad Thomas Wyly<br>713-236-8330 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscglobal.com

CAUSE NO. 201677484

| | | |
|---|---|---|
| RECEIPT NO. | 0.00 | ATY |
| ********* | | TR # 73310092 |

| | |
|---|---|
| PLAINTIFF: LARKIN, LANCE (INDIVIDUALLY AND AS REPRESENTATIVE OF ALL PERSON<br>vs.<br>DEFENDANT: UNITED SERVICES AUTOMOBILE ASSOCIATION | In The   189th<br>Judicial District Court<br>of Harris County, Texas<br>189TH DISTRICT COURT<br>Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

TO: AUTO INJURY SOLUTIONS MAY BE SERVED BY SERVING ITS REGISTERED AGENT
    CORPORATION SERVICE COMPANY D/B/A CSC LAWYERS INCORPORATING SERVICE COMPANY
    211  E 7TH STREET ST 620   AUSTIN  TX  78701

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION AND PUTATIVE CLASS ACTION PETITION AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>8th day of November, 2016</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 15th day of November, 2016, under my hand and seal of said Court.

Issued at request of:
WYLY, BRAD THOMAS
4101  WASHINGTON AVENUE 2ND
FLOOR
HOUSTON, TX  77007
Tel: (713) 236-8330
Bar No.: 24042198

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: KEYS, CHARLIE   CMA//10533984

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _10:49_ o'clock _A_.M., on the _22_ day of _NOVEMBER_, _2016_.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _CERTIFIED MAIL  70062060000256574586_ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                            _____ of _____County, Texas

_BT Hopward_ _SCH 10316_         By _____
    Affiant    EXP 5-31-19              Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                            _____
                                                    Notary Public

N.INT.CITR.P                    *73310092*